UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL BROWN,

                Petitioner,

      -against-

STATE OF NEW YORK,

                Respondent.

19-CV-9628 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 12, 2019, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied, without prejudice, as prematurely filed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 12, 2019
         New York, New York

                                          COLLEEN McMAHON
                                          Chief United States District Judge